**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD ALLISON, )
 )
            Plaintiff, )    Case No.: 2:21-cv-01627-GMN-EJY
    vs. )
 )    **ORDER**
CLARK COUNTY NEVADA JAILS, *et al*., )
 )
            Defendants. )
 )

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna J. Youchah, (ECF No. 4), which recommends that the case be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, November 18, 2021, has passed. (*See* Report and Recommendation, ECF No. 4).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

The Clerk of Court shall close the case.

**DATED** this  19   day of November, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court